IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SANDESTIN INVESTMENTS,
LLC,

      Petitioner,

v.

WALTON COUNTY, A
POLITICAL SUBDIVISION OF
THE STATE OF FLORIDA, AND
WALTON COUNTY BOARD OF
COMMISSIONERS,

      Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5708

Opinion filed January 20, 2015.

Petition for Writ of Certiorari -- Original Jurisdiction.

Darrin J. Quam, Ronald L. Weaver and Erin N. Okuno of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Tampa; Dana C. Matthews of Matthews & Jones, LLP, Destin, for Petitioner.

No appearance for Respondents.

PER CURIAM.

      DENIED.

PADOVANO, CLARK, and MARSTILLER, JJ., CONCUR.